IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: CR214-012 |
| JOHN THOMAS REGISTER<br>a/k/a "JT" | : |

## ORDER

The Court has been advised that all motions filed by John Thomas Register have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 2nd day of September, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE